1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

4 | STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161

7 | FAX: (415) 436-7169
stephen.johnson1@usdoj.gov

8

9 | Attorneys for United States of America

FILED

SEP 22 2008

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           )   No. CR 96-0251 SI
                                         )
15 |      Plaintiff,                     )   **STIPULATION TO CONTINUE**
                                         )   **HEARING ON MOTION FOR WRIT**
16 | v.                                  )
                                         )
17 | JOHN T. "JACK" DAWSON,              )
                                         )   **ORDER APPROVING STIPULATION**
18 |      Defendant.                     )
     _____   )

19

20 | Defendant John Dawson, appearing pro se, and the United States of America, hereby

21 | stipulate to continue the hearing on the United States' *Motion for a Writ Commanding the*

22 | *Defendant to Execute Instructions to Repatriate Funds*, originally set for September 22, 2008, to

23 | Friday, December 12, 2008, at 11:00 a.m., or to a date no later than December 31, 2008, to give

24 | defendant an opportunity to

25 | \\\

26 | \\\

27 | \\\

28 | \\\

STIPULATION AND ORDER
No. CR 96-0251 SI

1  engage new counsel to represent him.

2      So Stipulated:

5  Dated: September 22, 2008          Respectfully submitted,

                                      JOHN DAWSON

10 Dated: September 22, 2008          JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      STEPHEN L. JOHNSON
                                      Assistant United States Attorney

## ORDER

The stipulation set forth above is approved. The hearing shall be continued to Friday, December 12, 2008, at 11:00 a.m.

Dated: 9/22/08

                                      SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE