FILED
DEC 15 2008

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161
FAX: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

**Submitting Counsel are directed to serve this order upon all other parties in this action**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN T. "JACK" DAWSON, <br> Defendant. | No. CR 96-0251 SI <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION FOR WRIT** <br><br> **ORDER APPROVING STIPULATION** |

Defendant John Dawson, having recently retained counsel, and the United States of America, hereby stipulate to continue the hearing on the United States' *Motion for a Writ Commanding the Defendant to Execute Instructions to Repatriate Funds*, set for Friday, December 12, 2008, at 11:00 a.m., to Friday, December 19, 2008, at 11:00 a.m. to give defendant's new counsel an opportunity to appear at the hearing. Counsel is not available on December 12, 2008.

STIPULATION AND ORDER
No. CR 96-0251 SI

1  So Stipulated:

4  Dated: December 12, 2008                    BERLINER COHEN

                                               _____
                                               CHRISTIAN PICCONE
                                               For John Dawson

9  Dated: December 12, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                               _____
                                               STEPHEN L. JOHNSON
                                               Assistant United States Attorney

15                                **ORDER**

The stipulation set forth above is approved. The hearing shall be continued to Friday, December 19, 2008, at 11:00 a.m.

Dated: 12/1/08

                                               _____
                                               SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
No. CR 96-0251 SI